UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) GEORGE R. WOODWARD, JR., *et al.*, ) ) Defendants. ) | Case No. 2:18-cv-198 |

**REPORT AND RECOMMENDATION**

On February 13, 2019, the court held a status conference. The defendants, Robert Woodward, John A. Woodward, and George Woodward, Sr., appeared in person. The defendant, George Woodward, Jr., did not appear. However, the parties advised the court that he currently is incarcerated.

A resolution was reached. The parties indicated that Rees Funeral Homes, Inc. has been paid its agreed portion of the Plan Benefits. Thus, the total remaining benefits equal $7,723.25. The parties agreed to split the remaining $7,723.25, evenly.

Therefore, it is **RECOMMENDED** that the Motion to Dismiss Plaintiff [DE 24] be **GRANTED**. It is further **RECOMMENDED** that the Clerk of Court distribute the $7,723.25 to Robert Woodward, John A. Woodward, George Woodward, Sr., and George Woodward, Jr., evenly. The Clerk is **DIRECTED** to mail a copy of this Recommendation to George Woodward, Jr. at the Westville Correctional Facility.

Pursuant to **28 U.S.C. 636(b)(1)**, the parties shall have fourteen days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. ***Willis v. Caterpillar,***

*Incorporated*, 199 F.3d 902, 904 (7th Cir. 1999); *Johnson v. Zema Systems Corporation*, 170 F.3d 734, 739 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corporation*, 882 F.2d 258, 260-61 (7th Cir. 1989); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 14th day of February, 2019.

/s/ Andrew P. Rodovich
United States Magistrate Judge

cc: *pro se* parties
    Westville Correctional Facility