# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

AMERICAN UNITED LIFE INSURANCE COMPANY,

    Plaintiff,

v.

GEORGE R. WOODWARD, JR., ROBERT WOODWARD, JOHN A. WOODWARD, GEORGE R. WOODWARD, SR. and REES FUNERAL HOME, BRADY CHAPEL,

    Defendants.

Case No. 2:18-CV-198 JVB

## ORDER

Magistrate Judge Rodovich issued a Report and Recommendation on Plaintiff American United Life Insurance Company's motion to dismiss (DE 24). Magistrate Judge Rodovich held a status hearing on February 13, 2019. All parties appeared in person except for Defendant George Woodward, Jr., who is currently incarcerated. The parties reached a resolution, agreeing to split evenly the remaining Plan Benefits that are the subject of this dispute.

Accordingly, pursuant to 28 U.S.C. § 636(b)(1), Magistrate Judge Rodovich issued his recommendation that Plaintiff's case be dismissed and that the Clerk of Court distribute the remaining plan benefits of $7,723.25 to all Defendants evenly. He directed the Clerk to mail a copy of the recommendation to Defendant George Woodward, Jr. Magistrate Judge Rodovich also included a notice that the parties had fourteen days to object to his recommendation. No objections were filed, and the deadline has passed.

Accordingly, the Court ACCEPTS Magistrate Judge Rodovich's Report and Recommendation (DE 27) for the reasons stated in that report. Plaintiff's motion to dismiss (DE 24) is GRANTED. The Clerk is directed to distribute the remaining plan benefits of $7,723.25 to the Defendants evenly and to dismiss this case with prejudice.

SO ORDERED on March 8, 2019.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE