AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

AMERICAN UNITED LIFE INSURANCE COMPANY
    Plaintiff

               v.                Civil Action No.    2:18-cv-198

GEORGE R. WOODWARD JR.,
ROBERT WOODWARD,
JOHN A. WOODWARD,
GEORGE R. WOODWARD SR.,
REES FUNERAL HOME, BRADY CHAPEL
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: The Clerk is DIRECTED to distribute the remaining plan benefits of seven thousand seven hundred twenty three and 25/100 dollars ($7,723.25) to the Defendants evenly. This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S. Van Bokkelen on a motion to dismiss.

DATE:  March 11, 2019        ROBERT TRGOVICH, CLERK OF COURT
                                                                by  s/N. Long
                                                                  *Signature of Clerk or Deputy Clerk*